JOHN AND CINDY FERRARO
485 COCO PALMS AVENUE
LAS VEGAS, NEVADA 89123
Tele: 702-807-8078

RECEIVED AND FILED
JAN 11  3 32 PM '10
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
SOUTHERN DIVISION

In Re: JOHN FERRARO, individually and
dba JOCINCO;
dba ONLY ROSES VEGAS;

Debtor,
and

CINDY FERRARO, individually,

Co-debtor.

Case No. 2:09-bk-23399
Chapter 7

DEBTORS' OPPOSITION TO SECURED CREDITORS' MOTION TO LIFT STAY (#36)

DEBTORS' COUNTERMOTION TO COMPEL PARTIES TO SUBMIT TO MEDIATION/MODIFICATION PURSUANT TO AB 149 (Nev. Leg. 2009)

Date of Hearing:  January 12, 2010
Time of Hearing:  01:30 p.m.

**JOHN FERRARO**, individually and dba JOCINCO dba ONLY ROSES VEGAS, Debtor, and **CINDY FERRARO**, individually, Co-debtor, respectfully submit *Debtors' Opposition to Secured Creditor's Motion* (#36) *to Lift Stay,* incorporating herein the Debtors' previous *Opposition* (#18) and *Supplement* (#30), and making a part hereof by reference, and showing: (1) the non-beneficiary (purported) Secured Creditor's motion is inaccurate, there is no recorded default or foreclosure; (2) non-beneficiary (purported) Secured Creditor lacks standing to bring motion for the same reasons as set forth in *Re: Mitchell,* Case No. 2:07-bk-16226 and *Re: Breeden,* Case No. 2:07-bk-17577; and (3) this Court would be required first to enter an Order to compel the parties to submit the home to mediation or loan modifications as set forth in A.B. 149 (Nev. Leg. 2009).

## MEMORANDUM OF POINTS AND AUTHORITIES

1. This opposition and countermotion is submitted pro se. The non-beneficiary (purported) Secured Creditor's last motion (#12) was premature, filed before the meeting of creditors, was inaccurate, was denied.

2. Non-beneficiary (purported) Secured Creditor's motion is still inaccurate as payments have been made to cover each month since the bankruptcy began (see attached bank statements.

```
July 1, 2009         Payment $2,310.12
August 20, 2009      Payment $2,310.12
September 15, 2009   Payment $2,310.12
October 26, 2009     Payment $4,620.24   Double Payment for Oct/Nov
December 22, 2009    Payment $2,320.12
```

### *Non-Beneficiary (Purported) Secured Creditor is Without Standing to Bring Motion to Lift Stay and to Foreclose*

3. Debtors purchased the property in 2001 (Clark County Recorder 200105250001038).

4. Debtors refinanced the property in 2005 (Clark County 200507060005280) through First Union Mortgage Corporation.

5. Sometime prior to the filing of this instant case, the Deed of Trust was assigned, without permission of the Debtors, to a third party - MERS for BANK OF NEW YORK MELLON.

6. There has been no default recorded on the property.

7. As decided by this Court in *Re: Mitchell,* Case No. 2:07-bk-16226 and *Re: Breeden,* Case No. 2:07-bk-17577, a non-beneficiary (purported) Secured Creditor cannot seek relief from the automatic stay of against these Debtors, who do not owe the non-beneficiary, and against whom there are no foreclosure proceedings.

8. Additional to the claim of lack of standing as real party-in-interest, MERS for the Bank of New York Mellon, is neither licensed nor exempt from licensing through the Mortgage Lending Division of the State of Nevada, and cannot act in any capacity as purported Secured Creditor or as assignee/trustee.

9. This injection of a non-beneficiary (purported) Secured Creditor into the bankruptcy process represents a recent invention by the mortgage industry unrecognized by traditional mortgage law that, as the purported Secured Creditor's own documents proves, has no true or direct or indirect role in the original lending process.

10. Instead, the purported Secured Creditor uses legal slight of hand to manufacture an interest in the Debtors' loan which does not cure the purported Secured Creditor 's lack of standing or lack of real-party in interest status.

11. Indeed, it is critically important to bankrupt homeowners, and the Debtors

themselves, to know who owns their loan in order to negotiate modifications and to defend themselves against any abuses that have occurred since the loan was originated.

12. Nevada Mortgage Law, like mortgage law across the country, has developed well settled predictability through the last one hundred years of common law jurisprudence and statutory enactments.

13. The roles and rights of various players in a lending transactions - such as borrower, lender, and beneficiary of the deed of trust, have all been well settled, and one of the most important of these settled principles is that the beneficiary of the deed of trust is the party to whom the debt is owed. *Hellman v. Capurro*, 549 P.2d 750, 751 (Nev. 1976) ("A mortgagee or a beneficiary to a deed of trust is entitled to only one satisfaction of his debt.") (emphasis added); see also *Monterey S.P. 'Ship v. W.L. Bangham, Inc.*, 777 P.2d. 623, 627 (Cal. 1989) ("[A] deed of trust typically secures a debt owed to the beneficiary . . .").

14. The non-beneficiary (purported) Secured Creditor in this instance attempts to disrupt this well settled system by claiming it is a "beneficiary" of the deed of trust while holding no real "beneficial ownership interests" in the loan.

15. Moreover, even if the purported Creditor was the proper party to bring the motion to lift stay, it could not deprive the Debtors of bankruptcy's fundamental protection - the automatic stay - based on the documentation submitted,

16. Accordingly, this Court has denied similar motions now on appeal by the same non-beneficiary (purported) Secured Creditors in the United States Court of Appeals for the Ninth Circuit), and the Court should likewise deny this motion.

**<u>State Foreclosure Mediation Process</u>**

17. There is no default recorded against the Debtors.

18. Default and foreclosure of property is a matter of state law, and this Court is required under the Erie doctrine to apply the principles of state law of the state in which it sits. *Vernon v. City of Los Angeles*, 27 F.3d 1385, 1391 (9th Cir. 1994).

19. A.B. 149 (Nev. Leg. 2009) was passed, amending NRS Chapter 107, and became effective on July 1, 2009.

20. The law requires that no default or foreclosure can occur, nor sale to third party, unless the matter has been subjected to certain stringent requirements, including proper notice of default, notice of sale, mediation and/or modification.

21. If this Court is inclined to grant the motion to lift stay, then, NRS Chapter 107, as amended by then A.B. 149, becomes applicable as a matter of state law, as the parties are exempt from A.B. 149 only during a bankruptcy that has not been dismissed or where the stay has not been lifted.

## *Conclusion*

Accordingly, this Court should deny the non-beneficiary (purported) Secured Creditor's motion (#36) to lift stay as inaccurate, lacking standing, or in the alternative, compel compliance with NRS Chapter 107 as amended by A.B. 149.

DATED this 11th Day of January, 2010.

**DEBTOR**

/s/ John Ferraro
**JOHN FERRARO**, individually and
dba JOCINCO;
dba ONLY ROSES VEGAS

**CO-DEBTOR**

/s/ Cindy Ferraro
**CINDY FERRARO**, individually

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that on the date entered below, I served a true and correct copy of the foregoing document by mail on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below.

MAILING MATRIX

DATED this 11th Day of January, 2010.

**DEBTOR**
/s/ John Ferraro
**JOHN FERRARO**, individually and
dba JOCINCO;
dba ONLY ROSES VEGAS

**CO-DEBTOR**
/s/ Cindy Ferraro
**CINDY FERRARO**, individually

# Wells Fargo Account Activity

Page 1 of 1



Wells Fargo Business Online®

## Account Activity

ONLY ROSES VEGAS LLC Accounts

BUSINESS CHECKING XXXXXX3646

### Activity Summary

| | |
|---|---|
| Ending Balance as of 12/29/09 | $108.56 |
| Ending Collected Balance as of 12/29/09 | $108.56 |
| Available Balance | $144.36 |

### Transactions

**Find Transactions**

| | |
|---|---|
| Description or Keyword | litton loans |
| Dates | Last 6 Months |
| Amounts or Check Numbers | |
| Type | |

| Date | Description | Deposits / Credits | Withdrawals / Debits |
|---|---|---|---|
| **Pending Transactions** | | | |
| No pending transactions meet your criteria above. | | | |
| **Posted Transactions** | | | |
| 12/22/09 | BILL PAY LITTON LOAN SERV ON-LINE xxxxxx0794 ON 12-22 | | $2,294.74 |
| 10/28/09 | BILL PAY LITTON LOAN SERV ON-LINE xxxxxx0794 ON 10-28 | | $4,620.24 |
| 09/15/09 | BILL PAY LITTON LOAN SERV ON-LINE xxxxxx0794 ON 09-15 | | $2,310.12 |
| Totals | | $0.00 | $9,225.10 |

🏠 Equal Housing Lender
© 1995 – 2009 Wells Fargo. All rights reserved

https://online.wellsfargo.com/das/cgi-bin2/session.cgi?sessargs=XONTyCbn9D4GCK-FRtBAYySo1g8J...   12/30/2009

CB Internet Banking

   

**Current Statement Transactions on** OPERATING-C/O KRISTY FERRARO ******3225 - $2,255.15 · **as of August 27, 2009**

| Date | Check Number | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 08/13/2009 | 535 | CHECK | 200.00 | | 2,206.97 |
| 08/14/2009 | | BANKCARD-8740 BTOT DEP 518564770113041 | | 247.62 | 2,454.59 |
| 08/14/2009 | | POS PURCHASE 08/12 11:13 DUNKIN #345930 Q35 LAS VEGAS NV 058737 DUNKIN #345 5814 | 7.21 | | 2,447.38 |
| 08/14/2009 | | PINNED PURCHASE 08/13 17:09 425 E WINDMILL LN LAS VEGAS NV 535260 7-ELEVEN 5541 | 10.00 | | 2,437.38 |
| 08/14/2009 | | POS PURCHASE 08/12 16:21 SMOKE SHOP LAS VEGAS NV 030025 SMOKE SHOP 5993 8650 | 12.00 | | 2,425.38 |
| 08/14/2009 | | POS PURCHASE 08/12 19:30 PEI WEI #0097 Q02 HENDERSON NV 001037 PEI WEI #00 5812 | 14.05 | | 2,411.33 |
| 08/14/2009 | | POS PURCHASE 08/12 15:07 EL POLLO LOCO #6024 LAS VEGAS NV 001055 EL POLLO LO 581 | 14.54 | | 2,396.79 |
| 08/14/2009 | | PINNED PURCHASE 08/13 16:32 425 E WINDMILL LN LAS VEGAS NV 529390 7-ELEVEN 5541 | 20.00 | | 2,376.79 |
| 08/14/2009 | | PINNED PURCHASE 08/14 14:39 475 E WINDMILL LANE LAS VEGAS NV 000395 VONS St 5411 | 62.94 | | 2,313.85 |
| 08/14/2009 | | PINNED PURCHASE 08/14 13:41 SKECHERS 079 LAS VEGAS NV 001342 MPS MERCHAN 5661 86 | 64.77 | | 2,249.08 |
| 08/14/2009 | 542 | CHECK | 114.00 | | 2,135.08 |
| 08/14/2009 | 539 | CHECK | 122.10 | | 2,012.98 |
| 08/14/2009 | 533 | CHECK | 569.20 | | 1,443.78 |
| 08/17/2009 | | BANKCARD-8740 BTOT DEP 518564770113041 | | 188.46 | 1,632.24 |
| 08/17/2009 | | BANKCARD-8740 BTOT DEP 518564770113041 | | 332.42 | 1,964.66 |
| 08/17/2009 | | PINNED PURCHASE 08/15 10:23 2310 E.SERENE AVENUE LAS VEGAS NV 726225 WAL-MART #2 | 11.67 | | 1,952.99 |
| 08/17/2009 | | POS PURCHASE 08/14 15:03 SMOKE SHOP LAS VEGAS NV 060014 SMOKE SHOP 5993 8650 | 12.00 | | 1,940.99 |
| 08/17/2009 | | POS PURCHASE 08/13 19:22 SALLY BEAUTY #3714 LAS VEGAS NV 077976 SALLY BEAUT 5977 | 14.36 | | 1,926.63 |
| 08/17/2009 | | PINNED PURCHASE 08/17 12:16 425 E WINDMILL LN LAS VEGAS NV 130643 7-ELEVEN 5541 | 20.00 | | 1,906.63 |
| 08/18/2009 | | POS PURCHASE 08/17 12:34 SMOKE SHOP LAS VEGAS NV 010005 SMOKE SHOP 5993 8650 | 12.00 | | 1,894.63 |
| 08/18/2009 | | PINNED PURCHASE 08/17 18:33 475 E WINDMILL LANE LAS VEGAS NV 006668 VONS St 5411 | 20.34 | | 1,874.29 |
| 08/18/2009 | | PINNED PURCHASE 08/18 14:38 2310 E.SERENE AVENUE LAS VEGAS NV 903339 WAL-MART #2 | 24.00 | | 1,850.29 |
| 08/18/2009 | | YELLOW BOOK PACI INTERNET 043000099409195 | 262.00 | | 1,588.29 |
| 08/18/2009 | 544 | CHECK | 156.75 | | 1,431.54 |
| 08/19/2009 | | DEPOSIT | | 3,925.00 | 5,356.54 |
| 08/19/2009 | | BANKCARD-8740 BTOT DEP 518564770113041 | | 177.63 | 5,534.17 |
| 08/19/2009 | | POS purchase Siena Deli 08/13 | 13.50 | | 5,520.67 |
| 08/19/2009 | | POS PURCHASE 08/18 14:45 WENDYS-WOLV #0123 Q25 LAS VEGAS NV 003974 WENDYS-WOLV 5 | 13.12 | | 5,507.55 |
| 08/19/2009 | 547 | CHECK | 156.00 | | 5,351.55 |
| 08/19/2009 | 546 | CHECK | 36.50 | | 5,315.05 |
| 08/19/2009 | 545 | CHECK | 100.00 | | 5,215.05 |
| 08/20/2009 | | BANKCARD-8740 BTOT DEP 518564770113041 | | 122.26 | 5,337.31 |
| 08/20/2009 | | PINNED PURCHASE 08/20 12:20 475 E WINDMILL LANE LAS VEGAS NV 005803 VONS St 5411 | 9.96 | | 5,327.35 |
| 08/20/2009 | | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | | ▬▬▬ | 3,017.23 |
| 08/21/2009 | | BANKCARD-8740 BTOT DEP 518564770113041 | | 282.03 | 3,299.26 |
| 08/21/2009 | | CB Internet Banking Transfer From 1001003217 On 8/21/09 At 13:16 | | 478.00 | 3,777.26 |
| 08/21/2009 | | PINNED PURCHASE 08/20 17:30 9300 S EASTERN AVE LAS VEGAS NV 655586 7-ELEVEN 5541 | 15.00 | | 3,762.26 |
| 08/21/2009 | | PINNED PURCHASE 08/20 17:46 CHET COX 10611 S EAST HENDERSON NV 208250 CHET COX 5 | 20.00 | | 3,742.26 |
| 08/21/2009 | | SPRINT CBBill Pay TRAN#189 | 191.85 | | 3,550.41 |
| 08/21/2009 | 549 | CHECK | 78.50 | | 3,471.91 |
| 08/21/2009 | 548 | CHECK | 221.00 | | 3,250.91 |
| 08/24/2009 | | AMERICAN EXPRESS SETTLEMENT 5270742463 | | 53.82 | 3,304.73 |

```
                                    017 00010 01                    PAGE:    1
                                    ACCOUNT:         1001003225   07/31/2009
                                    DOCUMENTS:               29
```

                                            z

         ONLY ROSES VEGAS LLC
         OPERATING-C/O KRISTY FERRARO                          30
         580 E WINDMILL LANE SUITE 125                          0
         LAS VEGAS NV  89123                                   29


```
===============================================================================
CENTENNIAL BRANCH
5785 CENTENNIAL CENTER BLVD
LAS VEGAS  NV  89149


===============================================================================
                CB SMALL BUSINESS CK ACCOUNT 1001003225
===============================================================================
       DESCRIPTION              DEBITS       CREDITS    DATE       BALANCE

BALANCE LAST STATEMENT .............................. 06/30/09      521.99
DEPOSIT                                     3,650.75  07/01/09    4,172.74
POS PURCHASE 06/29 11:37 MCDONALD'S F14641 LAS VEGAS
   NV 085178 MCDONALD'S           4.19                07/01/09    4,168.55
POS PURCHASE 06/29 21:31 TERRACE POINT CAFE/BAR LAS
   VEGAS NV 001117 TERRA         10.00                07/01/09    4,158.55
POS PURCHASE 06/30 14:41 SMOKE SHOP LAS VEGAS NV
   040009 SMOKE SHOP 599         12.00                07/01/09    4,146.55
POS PURCHASE 06/29 14:56 CAPRIOTTI S LAS VEGAS NV
   000038 CAPRIOTTI S 58         12.93                07/01/09    4,133.62
POS PURCHASE 06/30 14:01 CAFE RIO EASTERN LAS VEGAS NV
   070027 CAFE RIO EA 58         16.21                07/01/09    4,117.41
PINNED PURCHASE 07/01 10:34 425 E WINDMILL LN LAS
   VEGAS NV 441924 7-ELE         20.00                07/01/09    4,097.41
AMERICAN EXPRESS COLLECTION 5270742463
                                  4.95                07/01/09    4,092.46
VOLKSWAGON CRED CBBill Pay TRAN#173
                                400.00                07/01/09    3,692.46
LITTON LOAN SERV CBBill Pay TRAN#172
                              2,310.12                07/01/09    1,382.34
CHECK # 492                      54.25                07/01/09    1,328.09
AMERICAN EXPRESS SETTLEMENT 5270742463      102.31    07/02/09    1,430.40
BANKCARD-8740 BTOT DEP 518564770113041      166.85    07/02/09    1,597.25
POS PURCHASE 07/01 15:07 SMOKE SHOP LAS VEGAS NV
   050020 SMOKE SHOP 599          6.02                07/02/09    1,591.23
POS PURCHASE 06/30 11:14 DUNKIN #345930 Q35 LAS VEGAS
   NV 053598 DUNKIN #345          6.38                07/02/09    1,584.85
PINNED PURCHASE 07/01 15:06 2310 E.SERENE AVENUE LAS
   VEGAS NV 219812 WAL-M         47.82                07/02/09    1,537.03
                           * * *  C O N T I N U E D  * * *
```