Entered on Docket
March 22, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Litton Loan Servicing
09-75498

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-23399-bam |
| John Ferraro and Cindy Ferraro | Date: February 9, 2010<br>Time: 1:30 p.m. |
| | Chapter 7 |
| Debtors. | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor Litton Loan Servicing, its assignees and/or successors in interest, of the subject property, generally described as 485 Coco Palms Ave., Las Vegas, NV 89123, and legally described as follows:

> THE FEE SIMPLE TITLE TO LOT 81 IN BLOCK 1 OF CRYSTAL SPRINGS R-1A, UNIT 6, AS SHOWN BY MAP THEREOF ON FILE BOOK 35 OF PLATS, PAGE 76 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED that in the event a Notice of Default was recorded against this particular property prior to July 1, 2009, the Debtor(s) can promptly submit a copy of this Order to the State of Nevada, Foreclosure Mediation Program and the Order will be construed as an agreement between the Secured Creditor and Debtor(s) that they have voluntarily agreed to a mediation under the Nevada State Foreclosure Mediation Program pursuant to Rule 6 of said program. The necessary information can be accessed at http://www.nevadajudiciary.us/

///

///

///

///

///

///

///

IT IS FURTHER ORDERED, ADJUDGED and DECREED that in the event the state court mediation program rejects the request for mediation, the secured creditor shall record a new Notice of Default.

DATED this _____ day of _____, 2010

Submitted by:

**WILDE & ASSOCIATES**

By:_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
pro se
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
David A. Rosenberg
5030 Paradise Road #215
Las Vegas, NV 89119
Chapter 7 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
  \_\_\_\_\_ The court waived the requirements of LR 9021.
  \_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
  \_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
  \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
  \_\_\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order
  \_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
  \_\_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  \_\_\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order
  \_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

  \_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
  \_\_\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order
  \_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
  \_\_\_\_\_ appeared at the hearing, waived the right to review the order
  \_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
  \_\_\_\_\_ approved the form of this order        \_\_\_\_\_ disapproved the form of this order
  \_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

  \_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor